

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00065-CR

EX PARTE RAM KUMAR SAMAL

§ On Appeal from County Criminal Court No. 6

§ of Tarrant County (1519438)

§ September 9, 2021

§ Memorandum Opinion by Justice Womack

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack